UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED 2007 NOV 15 A 1:25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07CR3129-WQH11 / 07mj2501 |
| Plaintiff | ) | |
| vs. | ) | ORDER |
| Maria Dolores Ramirez-Linan | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 05315298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Antonia Espinoza-Bautista

DATED: 11-15-07

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____ Deputy Clerk