UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 07cr3129 WQH |
| Plaintiff ) | CRIMINAL NO. 07mj2501 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Maria Dolores Ramirez- ) | |
| Linan ) | Booking No. 05315298 |
| Defendant(s) ) | |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed)/ Order of Court).

Gerardo Javier Flores-Ramirez

DATED: 11-15-07

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk